IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FELIPE SOTO RUDELO,**  *Petitioner,* | § § § | |
| v. | § § | NO. 1:26-CV-228-ADA-ML |
| **CHARLOTTE COLLINS, Warden, T. Don Hutto Detention Center, et al.,**  *Respondents.* | § § § § | |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeus Corpus. Dkt. 1. The Court ordered Federal Respondents to show cause in writing on or before February 5, 2026, as to why the Court should not grant Petitioner's Petition for Writ of Habeus Corpus. Dkt. 3. As of this date, Federal Respondents have not made any filings or responded to the Court's order. After carefully considering the Petitioner's arguments and the relevant law, the Court **ORDERS** that:

(1) Respondents must immediately release Petitioner from custody under conditions no more restrictive than those in place prior to the detention at issue in this case; (2) Respondents must notify Petitioner's counsel by email (federal@peeklawgroup.com) of the exact location and time of Petitioner's release as soon as is practicable, and no less than two hours before release; (3) Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225; and (4) Respondents must provide a status report by February 9, 2026, detailing their compliance with the Court's order.

**IT IS SO ORDERED.**

**SIGNED** on February 6, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE